IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUN PACKING, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4-12-cv-01605 |
| | § | |
| XENACARE HOLDINGS, INC., | § | |
| FRANK W. RIZZO, | § | |
| BOBBY STORY, | § | |
| STEVE MARKLEY, and | § | |
| GARY SPANIAK | § | |
|     Defendants. | § | |

## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Pursuant to the order of the Court, the undersigned certifies the list below to be persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Sun Packing, Inc.

2. XenaCare Holdings, Inc.

3. Frank W. Rizzo

4. Bobby Story

5. Steve Markley

6. Gary Spaniak

Respectfully submitted,

By: _____
George R. Gibson
Texas Bar No. 00793802
Southern District Bar No. 19879
Attorney-in-Charge for Sun Packing, Inc.
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
713.960.0303 - telephone
713.892.4800 - fax

OF COUNSEL:

**NATHAN SOMMERS JACOBS**
A Professional Corporation
Seth A. Miller
Texas Bar No. 24055977
Southern District Bar No. 724733
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
713.960.0303
713.892.4800 - Fax

W:\Sun Packing\XenaCare\Cert of Int'd Persons.wpd