IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUN PACKING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:12-cv-01605 |
| XENACARE HOLDINGS, INC., | § | |
| FRANK W. RIZZO, | § | |
| BOBBY STORY, | § | |
| STEVE MARKLEY, and | § | |
| GARY SPANIAK, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS XENACARE HOLDINGS, INC., RIZZO, AND STORY'S
DISCLOSURE OF INTERESTED PARTIES**

Defendants XenaCare Holdings, Inc., Frank W. Rizzo, and Bobby Story, pursuant to Fed.

R. Civ. P. 7.1 and the Court's May 29, 2012 Order for Conference and Disclosure of Interested

Parties, certify that the following persons, firms, partnerships, corporations, affiliates, parent

corporations, or other entities are financially interested in the outcome of this lawsuit:

1.      Defendant XenaCare Holdings, Inc., 950 Peninsula Corporate Circle, Suite 3017, Boca

Raton, FL 33487.  XenaCare Holdings, Inc. is a publicly traded corporation.  XenaCare Holdings,

Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of the

stock of XenaCare Holdings, Inc.

2.      Mr. Bobby Story, 2000 S. Ocean Drive, Suite 701, Ft. Lauderdale, Florida 33316.

3.      Mr. Frank W. Rizzo, 950 Peninsula Corporate Circle, Suite 3017, Boca Raton, FL 33487.

4.      Defendant Steve Markley, address unknown.

1

5.      Jon L. Grossman, 240 Galen Dr., Apt. 309, Key Biscayne, Florida 33149-1952.

6.      Sun Packing, Inc., 240 Galen Dr., Apt. 309, Key Biscayne, Florida 33149-1952, or 10077

Wallisville Road, Houston, Texas 77013, or 5301 NW 184th St., Miami Gardens, FL 33055.

7.      Wallisville Partners, Ltd., 10077 Wallisville Road, Houston, TX 77013.

8.      Peter R. Elston, 10077 Wallisville Road, Houston, TX 77013.

9.      Gary Spaniak, address unknown.

10.     Martin Hodias, 271-9E Grand Central Parkway, Floral Park, NY 11005.


                                        Respectfully submitted,

                                        THE DIETRICH LAW FIRM


                                        By:     s/ Fred Dietrich_____
                                                Fred Dietrich
                                                Attorney-in-Charge
                                                Southern District 14104
                                                SBOT 05857050
                                                2211 Norfolk St., Suite 620
                                                Houston, Texas 77098
                                                Tel.: 713.830.7687
                                                Fax: 713.721.3112
                                                fdietrich@dietrich-law.com

                                        **ATTORNEY FOR DEFENDANTS**
                                        **XENACARE HOLDINGS, INC.,**
                                        **FRANK W. RIZZO, & BOBBY STORY**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of Defendants XenaCare Holdings, Inc., Rizzo, and Story's Disclosure of Interested Parties was served upon all counsel of record through the federal courts' ECF system on August 14, 2012.


          s/ Fred Dietrich     

         Fred Dietrich